UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

SIXTY SIXTY CONDOMINIUM　　　　　　CASE NO.: 16-26187-RAM
ASSOCIATION, INC.,　　　　　　　　　　Chapter 11

　　　Debtor-in-Possession.
_____/

SIXTY SIXTY CONDOMINIUM　　　　　　Adv. Case No. 17-01171-RAM-BKC
ASSOCIATION, INC.,

　　　Plaintiff,
v.

SCHECHER GROUP, INC. D/B/A
SG SHARED COMPONENTS

　　　Defendant.
_____/

**MOTION BY DEFENDANT, SCHECHER GROUP, INC., TO CONTINUE PRETRIAL CONFERENCE AND EXTEND RELATED PRETRIAL DEADLINES**

　　　The Defendant, **SCHECHER GROUP, INC.** ("Schecher Group" or "Defendant"), by and through counsel, file this Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines (the "Motion") and in support thereof state, as follows:

**I.　BACKGROUND.**

　　**a.　The Bankruptcy Case.**

　　1.　On December 5, 2016 (the "Petition Date"), the Sixty Sixty Condominium Association, Inc. (the "Debtor" or "Association") filed a voluntary petition for relief under Chapter 11 (the "Petition") of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Case") [ECF No. 1].

　　2.　On April 14, 2017, the Court entered its Order Setting Deadline for Debtor to File Adversary Proceeding directing the Debtor by April 27, 2017 to "file an adversary proceeding against the Schecher Group, Inc. to determine the amount of the Schecher Group's lien against

the commercial units and residential unit owned by the Debtor" (the "Adversary Order") [ECF No. 204].

3. On May 3, 2017, the Court entered the Order (1) Setting Hearing and Deadlines on Amended Disclosure Statement (2) Setting Briefing Scheduling on Right of First Refusal Issue (3) Sustaining in Part Objection to Disclosure Statement and (4) Continuing Hearings on Application to Employ Manager and Application to Employ Broker and Approve Procedures ("Order Setting Deadlines") [Bankr. ECF No. 230], which deadlines under the Scheduling Order were amended per the Order Granting Debtor's Emergency *Ex-Parte* Motion to Extend the Deadlines Established by ECF No. 230 [ECF No. 247].

4. On May 26, 2017, the Debtor filed the First Amended Chapter 11 Plan of Reorganization (the "First Amended Plan") [Bankr. ECF No. 245] and the First Amended Disclosure Statement (the "First Amended Disclosure Statement")[Bankr. ECF No. 246].

5. The deadline for creditors and interested parties to file objections to the First Amended Disclosure Statement was on or before June 14, 2017, and the hearing to consider approval of the First Amended Disclosure Statement is June 21, 2017 at 2:00 p.m. (the "Disclosure Statement Hearing").

6. On May 31, 2017, the Schecher Group filed Secured Creditor, Schecher Group, Inc.'s, Objection to Application to Employ Broker and Approve Bid Procedures And For Enforcement of Hotel Unit Owner's Right of First Refusal Under Declaration (the "Objection to Application and Approval of Bid Procedures") [ECF No. 251].

7. Further, on May 31, 2017, the Schecher Group also filed its Motion And Application By Schecher Group, Inc. For (I) Allowance And Compelling Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. §§ 503(a) & (b)(1)(A) And/Or, Alternatively (II) Relief From The Automatic Stay Pursuant To 11 U.S.C. §362(d) (the "Administrative Expense Claim Motion")[ECF No. 252].

8. Accordingly, on June 14, 2017, the Schecher Group filed its Secured Creditor, Schecher Group, Inc.'s (I) Objection To First Disclosure Statement In Support Of First Amended Plan Of Reorganization of Sixty Sixty Condominium Association, Inc. filed by the Debtor, Sixty Sixty Condominium Association, Inc. [ECF No. 246] And (II) Motion For Dismissal Of Debtor's Chapter 11 Case (the "Objection to First Amended Disclosure Statement") [ECF No. 259].

9. All of the above referenced motions are currently set for hearing during the

Disclosure Statement Hearing.

### b. The Adversary Case.

10. On April 27, 2017 the Plaintiff, Sixty Sixty Condominium Association, Inc. (the "Plaintiff" or "Sixty Sixty") filed the Complaint to Determine Validity, Priority and Extend of Liens, Setoff, Objection to Claim and Request for Declaratory Judgment (the "Complaint") [ECF No. 1] against the Defendant, asserting claims for (i) Count 1: For Declaratory Relief To Determine The Validity Extent And Priority Of Liens, Claims And Encumbrances In Plaintiff's Real Property; (ii) Count 2: Objection To Claim Count; (iii) 3: Improper Setoff; (iv) Count 4: To Avoid Preferential Liens Against Unit 505 And Commercial Units; and (v) Count 5: To Avoid Improperly Perfected Liens Against Commercial Units And Unit 505 (the "Avoidance Claims").

11. On April 28, 2017, the Court issued the Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 2] ("Summons") and Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3] (the "Pretrial Order"). Pursuant to the Pretrial Order, the Pretrial Conference is currently scheduled for July 13, 2017 at 10:30 a.m. (the "Pretrial Conference") in the above-referenced adversary proceeding.

12. On May 31, 2017, the Plaintiff filed the First Request for Production of Documents to Defendant [ECF No. 10] (the "First Request for Production"). The deadline for the Plaintiff to respond to the First Request for Production is on or before July 1, 2017.

13. On June 9, 2017, the Defendant filed the Motion to Dismiss Complaint to Determine Validity, Priority and Extend of Liens, Setoff, Objection to Claim & Request for Declaratory Judgment [ECF No. 11] (the "Motion to Dismiss"). The hearing on the Motion to Dismiss is currently scheduled for July 6, 2017 at 11:00 a.m. (the "Hearing").

14. Moreover, the Defendant is in the process of preparing its discovery to the Plaintiff, which may be impacted by the Court's ruling on the Motion to Dismiss.

## II. RELIEF REQUESTED.

15. Given the status of the Bankruptcy Case and upcoming Disclosure Statement Hearing on approval of the First Amended Disclosure Statement, Objection to Application and Approval of Bid Procedures and Administrative Expense Claim, together with the other objections thereto in the main Bankruptcy Case, the Defendant has been working diligently to file its responses and objections as ordered by the Court, while also preparing for the hearings.

16. In addition, given the filing of the Motion to Dismiss which seeks, among other

things, to narrow down the issues and matters to be litigated in the Adversary Case relevant to and consistent with the Adversary Order, including responding to the First Request for Production, the Defendant submits that the Pretrial Conference is premature at this time.

17. Accordingly, the Defendant seeks a continuance of the Pretrial Conference for a period of sixty (60) days from the current Pretrial Conference scheduled for July 13, 2017. Further, the Defendant seeks a continuation of the deadlines set forth in the Pretrial Order to coincide with the continued Pretrial Conference.

18. Counsel for Defendant has communicated with counsel for Plaintiff, Brett Lieberman, Esq. regarding the filing of this Motion, but has not received a response and, therefore, is unable to represent the Plaintiff's position on this matter.

19. The filing of this Motion and continuance of the Pretrial Conference and extensions of the deadlines under the Pretrial Order are necessary in order to preserve time and resources of the parties. This Motion has been filed in good faith and not for any dilatory purpose or improper delays of this adversary proceeding.

**WHEREFORE**, the Defendant, Schecher Group, Inc., respectfully requests the entry of an order (i) granting this Motion; (ii) continuing the Pretrial Conference for a period of sixty (60) days from the date of the current Pretrial Conference or such time allowed by the Court; (iii) extending all corresponding pretrial deadlines accordingly; and (iv) granting such other and further relief as the Court deems appropriate.

**Dated this  15th  day of June, 2017.**

        **GENOVESE, JOBLOVE & BATTISTA, P.A.**
        *Attorneys for Defendant, Schecher Group, Inc.*
        100 S.E. 2nd Street, Suite 4400
        Miami, FL 33131
        Tel: (305) 349-2300
        Fax: (305) 349-2310

        By:   /s/ Barry P. Gruher
            Barry P. Gruher, Esq.
            Fla. Bar No. 960993
            Email: bgruher@gjb-law.com

        **BECKER & POLIAKOFF, P.A.**
        *Attorneys for Defendant, Schecher Group, Inc.*
        121 Alhambra Plaza, 10th Floor
        Coral Gables, FL  33134

(305) 262-4433 Telephone
E-mail: Sdavis@bplegal.com

By: _____
Steven M. Davis
Florida Bar # 894249

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notification to all parties on the attached service list on this __15th__ day of June, 2017.

By: __/s/ Barry P. Gruher__
Barry P. Gruher, Esq.
Fla. Bar No. 960993
Email: bgruher@gjb-law.com

**SERVICE LIST**

**Served Via CM/ECF Notification**

David Marshall Brown on behalf of Creditor Collective Unit Owners
DavidBrownfll@gmail.com

Steven M Davis on behalf of Defendant Schecher Group, Inc.
sdavis@bplegal.com

Barry P Gruher on behalf of Defendant Schecher Group, Inc.
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Brett D Lieberman on behalf of Plaintiff Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tzeichman@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com