

**ORDERED in the Southern District of Florida on June 17, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO. 16-26187-RAM |
| | CHAPTER 11 |
| SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC., | |
| Debtor. | |
| SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC., | |
| Plaintiff, | |
| vs. | ADV. NO. 17-01171-RAM-A |
| SCHECHER GROUP, INC. | |
| Defendants | |

**ORDER SETTING HEARING AND**
**BRIEFING SCHEDULE ON MOTION TO DISMISS**

The Court has reviewed Defendant Schecher Group, Inc.'s Motion to Dismiss Complaint, to Determine Validity, Priority and Extent of Liens, Setoff, Objection to Claim & Request for Declaratory Judgment and/or For More Definite Statement [DE #11] (the "Motion to Dismiss"). Based on the record and all relevant matters, it is –

**ORDERED** as follows:

The Court will conduct a hearing on the Motion to Dismiss on **July 27, 2017**, at **2:00 p.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

2.   The Plaintiff shall file a response to the Motion to Dismiss no later than **July 7, 2017**.

3.   The Defendants may file a reply in support of each of their Motions to Dismiss no later than **July 21, 2017**.

4.   The pretrial conference of this adversary proceeding is rescheduled to **10:30 a.m.** on **Thursday**, **August 17, 2017**.  The pretrial conference and trial will be conducted at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

5.   The parties shall comply with the requirements set forth in the initial Order Setting Filing and Disclosure Requirements

2

for Pretrial. The time deadlines in the Order, as they relate to the Pretrial Conference, shall refer to the rescheduled date.

###

COPIES TO:

Brett D. Lieberman, Esq. (Counsel for Debtor)
Barry P. Gruher, Esq. (Counsel for Schecher Group)
AUST