UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

SIXTY SIXTY CONDOMINIUM             CASE NO.: 16-26187-RAM
ASSOCIATION, INC.,                  Chapter 11

    Debtor-in-Possession.
_____/

SIXTY SIXTY CONDOMINIUM             Adv. Case No. 17-01171-RAM-BKC
ASSOCIATION, INC.,

    **Plaintiff,**

v.

SCHECHER GROUP, INC. D/B/A
SG SHARED COMPONENTS

    **Defendant.**
_____/

**DEFENDANT, SCHECHER GROUP, INC.'S, NOTICE OF TAKING DEPOSITION OF MARIA T. VELEZ, INDIVIDUALLY, AND AS PRESIDENT OF THE BOARD OF DIRECTORS OF THE SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC. PURSUANT TO RULE 7030, FED. R. BANK.P.**

**PLEASE TAKE NOTICE** that Defendant, Schecher Group, Inc. ("Defendant"), by and through counsel, and pursuant to Rule 30, Federal Rules of Civil Procedure as made applicable by Rule 7030, Federal Rules of Bankruptcy Procedure, and Local Rules 4001-1(G) and 7026-1 of the United States Bankruptcy Court for the Southern District of Florida, will take the deposition of the individual identified below, under oath, at the following date, time and location:

    **DEPONENT:** Maria T. Velez, individually, and as
    President of the Board of Directors of Sixty Sixty
    Condominium Association, Inc.

    **DATE**:        July 10, 2017.

    **TIME:**        10:00 a.m. (E.T.)

    **LOCATION**:        **Genovese Joblove & Battista, P.A.**

200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL 33301

The deposition will be taken before an officer authorized to record the testimony. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the deposition. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and other applicable law, and shall continue day to day until completed. Any objection must be heard prior to the taking of the deposition.

**Dated: June  22nd , 2017.**

        **GENOVESE, JOBLOVE & BATTISTA, P.A.**
        *Attorneys for Defendant, Schecher Group, Inc.*
        100 S.E. 2nd Street, Suite 4400
        Miami, FL 33131
        Tel: (305) 349-2300
        Fax: (305) 349-2310

        By:   /s/ Barry P. Gruher
            Barry P. Gruher, Esq.
            Fla. Bar No. 960993
            Email: bgruher@gjb-law.com

        **BECKER & POLIAKOFF, P.A.**
        *Attorneys for Defendant, Schecher Group, Inc.*
        121 Alhambra Plaza, 10th Floor
        Coral Gables, FL  33134
        (305) 262-4433 Telephone
        E-mail: Sdavis@bplegal.com

By: *[signature]*
Steven M. Davis
Florida Bar # 894249

**CERTIFICATE OF SERVICE**

2

**I HEREBY CERTIFY** that true and correct copy of the foregoing Notice was served on June 22nd, 2017 by electronic mail via CM/ECF Notification and/or via U.S. Mail, postage prepaid, as indicated, to those listed on the attached Service List.

By: /s/ Barry P. Gruher
Barry P. Gruher, Esq.

## SERVICE LIST

**Served Via CM/ECF Notification**

David Marshall Brown on behalf of Creditor Collective Unit Owners
DavidBrownfll@gmail.com

Steven M Davis on behalf of Defendant Schecher Group, Inc.
sdavis@bplegal.com

Barry P Gruher on behalf of Defendant Schecher Group, Inc.
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Brett D Lieberman on behalf of Plaintiff Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tzeichman@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com