

**ORDERED in the Southern District of Florida on August 7, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No. 16-26187-BKC-RAM |
| Sixty Sixty Condominium Association, Inc., | Chapter 11 |
|     Debtor. | |
| Sixty Sixty Condominium Association, Inc., | |
|     Plaintiff, | |
| vs. | Adv. No. 17-01171-BKC-RAM-A |
| Schecher Group, Inc. d/b/a SG Shared Components, | |
|     Defendant. | |

**ORDER GRANTING MOTION TO INTERVENE WITH LIMITATIONS**

The Court conducted a hearing on August 4, 2017, on a motion to intervene (the "Motion to Intervene") [DE #26] filed by

approximately forty one (41) unit owners in the Sixty Sixty Condominium (the "Intervenors").  The Plaintiff does not object to the proposed intervention.  The Defendant does not object if intervention is limited to a determination of "the Baseline number for Shared Costs due by the Debtor" [DE #39].  Therefore, and for the additional reasons stated on the record at the hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. The Motion to Intervene is granted in part.

2. The Schecher Group's limited objection [DE #39] to the Motion to Intervene is sustained.

3. The Intervenors may intervene in this adversary proceeding solely for the limited purpose of litigating the Baseline amount of shared costs due to the Defendant.

4. The Court will not be determining any issues in the state court foreclosure cases against the Intervenors other than the Baseline amount.  All defenses, offsets, or counterclaims relating to the Intervenors' individual liabilities to the Shecher Group, other than the Baseline amount, are to be determined in state court, and all discovery relating to each unit owner's liability, other than the Baseline amount, must be conducted in state court.

5. The Intervenors may participate in discovery in this

2

adversary proceeding but all such discovery must be conducted jointly with the Debtor. The Intervenors may not independently issue discovery requests absent leave of Court.

###

Copies Furnished To:

Brett D. Lieberman, Esq.
Barry P. Gruher, Esq.
David Marshall Brown, Esq.
Inger Garcia, Esq.