**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Sixty Sixty Condominium Association, Inc.    Case No. 16-26187-RAM

    Debtor-in-Possession.    Chapter 11
_____/

Sixty Sixty Condominium Association, Inc.,    Adv. Case No. 17-01171-RAM-BKC

    Plaintiff,
v.

Schecher Group, Inc. D/B/A
SG Shared Components,

    Defendant.
_____/

### PLAINTIFF, SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC.'S, NOTICE OF TAKING DEPOSITION OF THE CORPORATE REPRESENTATIVE OF DEFENDANT, SCHECHER GROUP, INC. d/b/a SG SHARED COMPONENTS PURSUANT TO RULE 30(b)(6), FED.R.CIV.P. AND RULE 7030, FED.R.BANKR.P.

Plaintiff/Debtor Sixty Sixty Condominium Association, Inc., ("Sixty Sixty") hereby provides notice that their undersigned counsel will conduct the deposition upon oral examination of the corporate representative(s), with the most knowledge concerning the matters set forth in the attached Schedule "A", of the Defendant, Schecher Group, Inc. d/b/a SG Shared Components (the "Defendant"), under oath, on **Tuesday, September 19, 2017**, starting at 11:30 a.m. at the offices of Messana, P.A., 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301.  The examination will be recorded by stenographic means.

The examination will be conducted pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as rendered applicable in this adversary proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure and Local Rules 4001-1(G) and 7026-1 of the United States Bankruptcy Court for the Southern District of Florida.

Pursuant to Bankruptcy Rule 7030 and Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff is required to designate one or more members, officers, directors, managing agents or other persons to testify (the "Designated Representative"). The Designated Representative shall have knowledge about the matters set forth on Schedule "A" attached hereto. The Plaintiff reserves the right to seek relief in the event that the Designated Representative is not property prepared to testify on behalf of with respect to the topics set forth on Schedule "A". The deposition will be taken before an officer authorized to record the testimony. If the Designated Representative requires an interpreter, it is the Designated Representative's responsibility to engage the employment of such interpreter to be present at the deposition.

The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and other applicable law, and shall continue day to day until completed. Any objection must be heard prior to the taking of the deposition.

Respectfully submitted this 14th day of September, 2017.

>Messana, P.A.
>*Counsel for Sixty Sixty Condominium Association, Inc.*
>401 East Las Olas Boulevard, Suite 1400
>Fort Lauderdale, Florida 33301
>Telephone (954) 712-7400
>Facsimile (954) 712-7401
>E-mail: blieberman@messana-law.com
>
>/s/ Brett D. Lieberman
>Thomas M. Messana
>Florida Bar No. 991422
>Brett D. Lieberman
>Florida Bar No. 69583

## SCHEDULE "A"

1. The underlying facts and issues relating to the claims and causes of action including, without limitation, the calculation of HU Assessments and $889k Obligation alleged by the Plaintiff in the Complaint to Determine Validity, Priority and Extent of Liens, Setoff, Objection to Claim & Request for Declaratory Judgment (the "Complaint") ECF No. 1;

2. The underlying facts and issues relating to the answer and affirmative defenses asserted by the Schecher Group in the Defendant, Schecher Group, Inc.'s, Answer and Affirmative Defenses to Complaint to Determine Validity, Priority and Extent of Liens, Setoff, Objection to Claim &  Request for Declaratory Judgment (the "Answer") ECF Nos. 57 and 58; and

3. Any and all documents that have been produced by the Plaintiff and Defendant in connection with the above-referenced Adversary Proceeding.