**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Sixty Sixty Condominium Association, Inc.          Case No. 16-26187-RAM

    Debtor-in-Possession.                       Chapter 11
_____/

Sixty Sixty Condominium Association, Inc.,      Adversary Number: 17-01171-RAM

    Plaintiff,
v.

Schecher Group, Inc. d/b/a
SG Shared Components,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Exigent Motion to Compel Production of Documents From Casablanca Rental Services, Inc. Responsive to Subpoena and for Sanctions* (ECF No. 127) has been furnished on December 29, 2017 by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive service by CM/ECF in this matter and listed on the attached service list.

Respectfully submitted this 3rd day of January, 2018.

                      Messana, P.A.
                      *Counsel for Sixty Sixty Condominium Association, Inc.*
                      401 East Las Olas Boulevard, Suite 1400
                      Fort Lauderdale, Florida 33301
                      Telephone (954) 712-7400
                      Facsimile (954) 712-7401
                      E-mail: blieberman@messana-law.com

                      /s/ Brett D. Lieberman
                      Brett D. Lieberman
                      Florida Bar No. 69583

**Mailing Information for Case 17-01171-RAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- David Marshall Brown     DavidBrownfll@gmail.com
- Steven M Davis     sdavis@bplegal.com
- Inger M. Garcia     attorney@ingergarcia.com
- Barry P Gruher     bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Brett D Lieberman     blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com
- Thomas M. Messana     tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;mwslawfirm@gmail.com;cbroussard@messana-law.com